**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TARIQ ELLIOTT, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> NEW JERSEY STATE PAROLE BOARD, : <br> et al., : <br> : <br> Defendants. : | Civ. No. 18-8504 (GC) (DEA) <br><br><br> **MEMORANDUM & ORDER** |

**CASTNER, District Judge**

Plaintiff, Tariq Elliott ("Plaintiff" or "Elliott"), is proceeding *pro se* in this civil action. Previously, this Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice and administratively terminated this matter. (*See* ECF 4). Thereafter, Plaintiff filed another application to proceed *in forma pauperis* (*see* ECF 5) and a proposed Amended Complaint. (*See* ECF 6). Given those filings by Plaintiff, the Clerk will be ordered to reopen this case. Subsequently, and most recently, after Plaintiff's filings, this matter was reassigned to the undersigned. (*See* ECF 7).

On October 12, 2023, mail sent to Plaintiff at his address of record by the Clerk was returned to the Court as undeliverable on Plaintiff at his listed address of record. (*See* ECF 8). Thus, Plaintiff is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be **RE-ADMINISTRATIVELY TERMINATED** at the present time.

Case 3:18-cv-08504-GC-DEA   Document 9   Filed 10/23/23   Page 2 of 2 PageID: 50

Accordingly, IT IS this 23rd day of October, 2023,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED that as a result, the Clerk shall **RE-ADMINISTRATIVELY TERMINATE** this case; and it is further

ORDERED if Plaintiff updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this Memorandum and Order, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this memorandum and order on Plaintiff by regular U.S mail at his last listed address of record.

*Georgette Castner*
GEORGETTE CASTNER
United States District Judge

2